UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MITHAQ AL HUMRANI,

    Plaintiff,

v.                                       Case No. 2:05-cv-203
                                            HON. ROBERT HOLMES BELL

UNKNOWN KLEEMAN,

    Defendant.
_____/

## OPINION AND ORDER
## APPROVING REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

      THEREFORE, IT IS ORDERED that:

      1.    The Report and Recommendation of the Magistrate Judge (Docket #78) is approved and adopted as the opinion of the Court.

      2.    Plaintiff's motion for a temporary restraining order (Docket #75) is DENIED.

Date:    September 4, 2007        /s/ Robert Holmes Bell
                                               ROBERT HOLMES BELL
                                               CHIEF UNITED STATES DISTRICT JUDGE